IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:02-cr-00022-MP

CHAD MICHELL HORNADAY,

    Defendant.

_____/

## O R D E R

This matter came before the Court on a petition from the probation office indicating that Mr. Hornaday had violated the conditions of his supervised release by being arrested for driving under the influence and careless driving.  The probation officer recommended that the conditions of supervised release be modified to require Mr. Hornaday to be referred to a Residential Re-entry Center for 180 days.  Mr. Hornaday consents to the referral.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The conditions of supervised release from Mr. Hornaday are modified to require Mr. Hornaday to reside in a Residential Reentry Center for 180 days, to commence as soon as space in such a center is available.  All other terms and condition of supervised release remain in full force and effect.

**DONE AND ORDERED** this  *1st*   day of June, 2007

            *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge